UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
**FILED**

JUN 08 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 23-28-DLB-CJS

ISAIAH M. SMITH,
DENICO N. HUDSON, and
DEMARCO STURGEON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1**
18 U.S.C. § 922(o)
18 U.S.C. § 2

On or about January 1, 2020, and continuing through on or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**ISAIAH M. SMITH,
DENICO N. HUDSON, and
DEMARCO STURGEON,**

aiding and abetting one another, knowingly possessed and transferred a machinegun, that is, a weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger, including any part designed and intended solely and exclusively for use in converting a weapon into a machinegun, all in violation of 18 U.S.C. §§ 922(o) and 2.

## COUNT 2
## 26 U.S.C. § 5861(j)
## 18 U.S.C. § 2

On or about January 1, 2020, and continuing through on or about January 25, 2023, in Kenton County, in the Eastern District of Kentucky, and elsewhere,

**ISAIAH M. SMITH,
DENICO N. HUDSON, and
DEMARCO STURGEON,**

aiding and abetting one another, knowingly transported, delivered, and received, in interstate commerce, a firearm, that is, a machinegun, not registered as required by Chapter 53 of Title 26, all in violation of 26 U.S.C. § 5861(j) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATIONS
## 18 U.S.C. § 924(d)
## 26 U.S.C. § 5872
## 28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in Count 1 of the Indictment, **ISAIAH M. SMITH** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 922(o). Any and all interest that **ISAIAH M. SMITH** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **ISAIAH M. SMITH** shall forfeit to the United States any and all firearms involved in the violation of 26 U.S.C. § 5861(j). Any and all interest that **ISAIAH M.**

**SMITH** has in this property is vested in and forfeited to the United States pursuant to 26 U.S.C. § 5872.

3. The property to be forfeited includes, but is not limited to, the following:

**FIREAMS AND AMMUNITION:**
a. A Glock, Model 19X nine-millimeter pistol, bearing serial number BSLE615, inventory #E17, ATF Item #84, seized on April 4, 2023;
b. Polymer-80, 40 caliber handgun, no serial number, inventory #E7, ATF Item #82, seized on April 4, 2023;
c. Polymer-80, nine-millimeter pistol, no serial number, inventory #E6, ATF Item #83, seized on April 4, 2023;
d. Machine Gun Conversion Device, metal switch, inventory #E24, ATF Item #74, seized on April 4, 2023;
e. All ammunition seized in conjunction with these firearms.

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNT 1:** | Imprisonment for not more than 10 years, a fine of not more than $250,000, and supervised release for not more than 3 years. |
| | **If 18 U.S.C. § 924(e) applies**, imprisonment for not less than 15 years and not more than life, a fine of not more than $250,000, and supervised release for not more than 5 years. |
| **COUNT 2:** | Imprisonment for not more than 10 years, a fine of not more than $10,000, and supervised release for not more than 3 years. |
| **PLUS:** | Forfeiture of all listed property. |
| **PLUS:** | Mandatory special assessment of $100 per count. |
| **PLUS:** | Restitution, if applicable. |