UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Criminal Minutes/Re-arraignment and Plea

**Cov.Cr. 23-28-DLB-CJS-2**   **AT COVINGTON**   **2/7/2024**

U.S. vs. **DENICO N. HUDSON**   **X** Present   **X** Custody   Age **21**

PRESENT: **HON. DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Anthony Bracke** |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**Kerry Neff**
Attorney for Defendant     **X** Present     **X** Retained

**DOCKET ENTRY:** The defendant appeared with counsel for re-arraignment in this matter and proceedings were held as noted. The defendant was placed under oath and questioned by the Court. The Court finds the defendant to be competent and capable of entering an informed plea. The guilty plea is a knowing and voluntary plea, supported by an independent basis in fact containing the essential elements of the offenses charged in Counts 1&2 of the Indictment. The guilty plea is accepted, and the defendant is adjudged guilty of the offenses charged in Counts 1&2 of the Indictment.

**X** Copy of Indictment previously given to Defendant.
**X** Defendant states true name is **Denico Nehemiah Hudson**.
**X** Defendant formally re-arraigned & specifically advised of rights, pursuant to Rule 11, F.R.Cr.P.
**X** Defendant moves to CHANGE PLEA to **Counts 1&2 of the Indictment**.
**X** Counts 1&2 of the Indictment read to Defendant.
**X** Defendant PLEADS  **X**  GUILTY to **Counts 1&2 of the Indictment**.
**X No Written Plea Agreement**.
**X** Sufficient Factual basis for guilty plea.
**X** Pretrial Conference of February 29, 2024 and Jury Trial date of April 1, 2024 are **vacated**
**X** Court orders Presentence Report, with copies to be furnished to counsel and the Defendant, pursuant to Rule 32 F.R.Cr.P.
**X** Defendant remanded to the custody of the U.S. Marshals Service pending sentencing.
**X** Case Continued until **Thursday, June 6, 2024 at 9:00 a.m. at Covington before Judge David L. Bunning** for Sentencing subject to intervening orders of the court.

Copies: USA;USPO;USM;COR     Deputy Clerk Init. **lv**

TIC:  35 mins