UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL CASE NO: 23-28-DLB-CJS-02          JUDGE   BUNNING**

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

                    vs.                                                              *ELECTRONICALLY FILED*


**DENICO N. HUDSON,**
      **Defendant.**

## NOTICE OF FILING OF DOCUMENTS (CHARACTER LETTERS)

Now comes DENICO H. HUDSON, a defendant in the above-captioned case, by and through counsel, and gives Notice of Filing and submits the attached Character Letters for the Courts review. Two letters are attached from Kamya Thomas and Kwame Lewis.


                                                                /s/ Kerry L. Neff
                                                                KERRY L. NEFF (KY 86729)
                                                                526 Greenup Street
                                                                Covington, KY 41011
                                                                Tel: (859) 291-6333
                                                                Fax: (859) 291-6336
                                                                Email:  KerryNeff@aol.com
                                                                Attorney for Mr. Denico N. Hudson


## CERTIFICATION

I hereby certify that a true copy of this document will be served on this the 22nd day of July 2024 via electronic filing/mail, to all attorneys of record.

                                                                /s/ *Kerry L Neff*
                                                                KERRY L. NEFF