Kamya Thomas

2493 Nottingham Dr

Cincinnati, Ohio, 45225

kamyatthomas5@gmail.com

5135122674

7/16/2024

Honorable David L. Bunning

US District Court Clerk

35 W. 5th Street

Covington, KY 41011-1401

Dear Judge Bunning,

My name is Kamya Thomas, and I am the mother of Kairis-Lee. I am currently working as an STNA/CNA and am also attending nursing school, which demands a significant amount of my time and energy.

Denico has been an essential part of my support system during these challenging times. His assistance has been invaluable in helping me prepare to return to school and

manage my responsibilities as a mother. When he was free, his support made it possible for me to focus on my studies and plan for our future.

Denico is an amazing father to our daughter. He would always take the time to slick her hair all nice and come get her whenever I felt overwhelmed. He constantly encouraged me to do better, even when I wronged him in the worst ways. Despite my shortcomings, he stuck by my side while I was trying to find myself.

However, since Denico was incarcerated, my situation has drastically changed. The plans and support I relied on have disappeared, leaving my daughter and me in a difficult position once again.

I respectfully request that you consider the impact of Denico's absence on our family, particularly on my ability to continue my education and provide for my daughter. Your understanding and consideration in this matter would mean a great deal to us.

Thank you for your time and attention to this matter.

Sincerely,

Kamya Thomas