Kwame Lewis

103 Wood Green dr

Wendel, NC 27591

kwamelewis83@yahoo.com

919-502-6842

6-28-24

Honorable David L. Bunning

US District Court Clerk

35 W. 5th Street

Covington, KY 41011-1401

Dear Honorable David L. Bunning

My name is Kwame Lewis, today I am writing to provide a character reference for Denico Nehemiah Hudson, who is currently incarcerated at Bourbon County Paris Correctional. I have known Denico Nehemiah Hudson for all his life and have had the opportunity to observe his character and behavior closely during this time.

Despite the challenges Denico Nehemiah Hudson has faced,He has consistently shown remorse for his actions and a strong commitment to personal growth and rehabilitation.

Throughout our interactions, I have seen Denico Nehemiah Hudson exhibit qualities such as kindness, honesty and determination, even in difficult circumstances.

One particular instance that demonstrates Denico Nehemiah Hudson's character occurred when he lost his brother Rick in 2014. Rick was more than a big brother to Denico, he was his best friend. Afterwards, Denico Nehemiah Hudson continued Rick's legacy by embracing his love for science.  This reflects Denico Nehemiah Hudson's determination to find positive aspects in life even after losing a major pillar in his life.

I believe that Denico Nehemiah Hudson has the potential to successfully reintegrate into society and make positive contributions. He has expressed a sincere desire to want to be in the lives of his two beautiful children and be able to watch them develop a similar relationship he and Rick had. I am confident that with continued support and guidance, Denico Nehemiah Hudson can build a fulfilling and productive life beyond their current circumstances.

I hope you will consider my perspective as you assess Denico Nehemiah Hudson readiness for rehabilitation opportunities. Please feel free to contact me at 919-502-6842 or kwamelewi83@yahoo.com if you have any further questions or need additional information.

Thank you for considering my letter.

Sincerely,

Kwame Lewis