**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO: 2:23-CR-28-DLB-CJS-02**          **JUDGE   BUNNING**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

            **vs.**                                                        *ELECTRONICALLY FILED*

**DENICO N. HUDSON,**
    **Defendant.**

**SENTENCING MEMORANDUM**
**SUPPLEMENT**

**MITIGATING ROLE**

Now comes the defendant, **DENICO N. HUDSON**, by and through counsel, and respectfully submits this SUPPLEMENT to the previously filed Sentencing Memorandum. Mr. Hudson urges the Court to find that he qualifies for a Mitigating Role pursuant to USSG § 3B1.2. Mr. Hudson was substantially less culpable than the other two defendants in the Indictment in this matter.  He was a minimal participant in the criminal activity involved in this case.

The defendant requesting a mitigating role guideline reduction bears the burden of proving the mitigating factors justifying a downward reduction by a preponderance of the evidence.  *United States v. Miller*, 56 F3d. 719 (6th Cir. 1995).  Concerning the relevant conduct related to firearm switches and Mr. Hudson's conduct related to firearm switches, the evidence provided in this case (primarily Facebook messages) indicates that Mr. Hudson purchased two devices and attempted to sell three devices.  The United States believes that the relevant conduct in this case involves 25 or more devices.  Mr. Hudson did not manufacture any devices.  Mr.

Hudson's role in the offense was limited and he was not essential or indispensable to the manufacture or distribution of the switches.

Mr. Hudson should receive a guideline reduction for being a minimal participant in the relevant conduct I this case as alleged by the United States.

/s/ Kerry L. Neff
KERRY L. NEFF
526 Greenup Street
Covington, KY 41011
Tel: (859) 291-6333
Fax: (859) 261-6567
Email: KerryNeff@aol.com
Trial Counsel for Denico Hudson

## CERTIFICATION

I hereby certify that a true copy of this document will be served on this the 23rd day of July 2024 via electronic filing/mail, on all attorneys of record.

*/s/ Kerry L Neff*
KERRY L. NEFF