**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL CASE NO:  2-23-CR-28-DLB-CJS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
|     Plaintiff, | * |
| | * |
|     vs. | *    *ELECTRONICALLY FILED* |
| | * |
| | * |
| **DENICO N. HUDSON,** | * |
|     Defendant. | * |

## NOTICE OF APPEAL

Notice is hereby given that DENICO N. HUDSON appeals to the United States Court of Appeals for the Sixth Circuit from final Judgment (Docket # 107) entered in this action by the United States District Court, Eastern District of Kentucky, Northern Division, on the 26th day of July 2024.

/s/ Kerry L. Neff
KERRY L. NEFF
Counsel for Defendant
526 Greenup Street
Covington, KY 41011
Tel:  (859) 291-6333
Fax:  (859) 261-6567
Email:  KerryNeff@aol.com

## CERTIFICATION

I hereby certify that a true copy of this document will be served on this the 6th day of August 2024 via electronic filing/mail, to all counsel of record, including the following attorneys of record: Anthony Bracke, Esq., Assistant United States Attorney.

/s/ *Kerry L Neff*
KERRY L. NEFF